# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WILLIAM HARRY SMITH, | : | Case No. 3:23-cv-221 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| TRANS UNION, LLC, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon the parties' Joint Motion for Entry of Extended Scheduling Order (Doc. #27). For good cause shown, the parties' Joint Motion (Doc. #27) is hereby **GRANTED**. The dates and deadlines are amended as follows:

1. Fact discovery cut-off: **September 24, 2024**
2. Primary expert disclosures: **October 22, 2024**
3. Rebuttal expert disclosures: **November 26, 2024**
4. Status conference[1]: **December 5, 2024 at 10:00 a.m.**
5. All discovery cut-off: **December 24, 2024**
6. Dispositive motions: **January 28, 2025**

Should a trial be necessary, United States District Judge Michael J. Newman will convene the parties at the appropriate time to schedule the final pretrial conference and trial dates.

**IT IS SO ORDERED.**

June 25, 2024

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] Counsel shall call: 888-363-4735, enter access code 6287286, security code 123456, and wait for the Court to join the conference.