UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM HARRY SMITH,
      Plaintiff,                            Case No. 3:23-cv-221

vs.

TRANS UNION, LLC, *et al*.,               District Judge Michael J. Newman
                                        Magistrate Judge Peter B. Silvain, Jr.

      Defendants.

---

## ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated.

      **IT IS SO ORDERED.**

September 25, 2024                        s/*Michael J. Newman*
                                             Hon. Michael J. Newman
                                             United States District Judge